IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

MONICA M. OWENS,

Defendant.                                                      No.09-30106-DRH

### ORDER

**HERNDON, Chief Judge:**

      Before the Court is Defendant Monica M. Owens' Motion for Extension of Time to File Objections to Pre-sentence Investigation Report (Doc. 10). Defendant asks for additional time in which to file her objections to her pre-sentence report as her attorney has not had an opportunity to meet and discuss with Defendant whether or not she has any objections to the pre-sentence investigation report. Defendant requests an additional fourteen (14) days in which to file her objections. Based on the reasons in the motion, the Court **GRANTS** Defendant Owens' motion for extension of time (Doc. 10). Defendant Owens will have up to and including **January 4, 2010** in which to file objections to the pre-sentence investigation report.

      **IT IS SO ORDERED.**

      Signed this 21st day of December, 2009.

                                    /s/  David R. Herndon
                                    **Chief Judge**
                                    **United States District Court**