**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **NO. 09-cr-30106-DRH** |
| | ) | |
| **MONICA M. OWENS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>ORDER</u>**

**HERNDON, Chief Judge:**

This matter comes before the Court on the recommendation of United States probation officer George R. Howard to amend the conditions of defendant Monica M. Owens's supervised release.  Because there is no objection made by the government, defendant, or defense counsel, and because defendant has filed a waiver of the right to a hearing to modify the conditions of supervised release (Doc. 30), the Court hereby amends the conditions of defendant's supervised release (Doc. 8) by adding the following condition:

> "The defendant shall cooperate fully with the Internal Revenue Service in determining and paying any tax liabilities.  She shall also provide to the Internal Revenue Service all requested documents and information for purposes of any civil audits, examinations, collections, or other proceedings.  The defendant shall file amended income tax returns and pay any taxes, interest, and penalties due and owing by her to the Internal Revenue Service."

All other conditions of defendant's supervised release are to remain the same.

**IT IS SO ORDERED**.

Signed this 1st day of June, 2011.

Digitally signed by
David R. Herndon
Date: 2011.06.01
11:18:43 -05'00'

**Chief Judge**
**United States District Court**